UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| Venice PI, LLC et al. | ) )  **Case No.: 1:18-cv** ) (Copyright) |
| Plaintiffs, | ) ) |
| vs. | ) DECLARATION OF WAYMOND ) NGAI |
| DOE 1 et al. | ) ) |
| Defendants. | ) ) ) ) ) ) |

<u>DECLARATION OF WAYMOND NGAI</u>

WAYMOND NGAI, hereby declares under penalty of law that the following is true and correct:

1.     I am an attorney licensed to practice in Hawaii and California.  The Plaintiffs engaged me to conduct an investigation of the pirate application referred to as Showbox, Show Box and ShowBox, but referred to collectively below as "Show Box App".  I have personal knowledge of the matters stated herein.

2.     I went to the website http://showboxappdownload.com/ on or about April 30, 2018.

1

3.     The website http://showboxappdownload.com included a link "RUN SHOWBOX ON YOUR PC".  I clicked on this link which brought me to the website http://showboxappdownload.com/run-show-box-on-your-pc/.

4.     I followed the instructions on the RUN SHOWBOX ON YOUR PC website to install the android emulator Blue Stacks and ARC Welder.

5.     I followed the instructions on the RUN SHOWBOX ON YOUR PC website to install the Show Box App.  Specifically, I clicked on the link "Show Box APK" download which brought me to the website http://rawapk.com/showbox-apk-download/.

6.     On the website http://rawapk.com/showbox-apk-download/ I clicked on the link "Download ShowBox .APK" which automatically downloaded the file ShowBox 5.03 .APK. (the "Show Box App").  I installed the Show Box App using the android emulator to stream on a PC computer according to the instructions RUN SHOWBOX ON YOUR PC website.   The android emulator used for these screenshots was Blue Stacks.

7.     After successful installation, I used the Show Box App to stream and download copies of motion pictures and related stock photos, some of which are shown in the below mentioned exhibits which are screenshots.  The option to play the motion pictures in full screen was available but not used.  An option to download

the movies was available for some of the motion pictures via Torrents, some of which are shown in the below mentioned exhibits.

8.      Figure 1 below is a true and correct screenshot of the stock image of the motion picture *A Family Man* being downloaded by the Show Box App.



Figure 1

9.      Figure 2 below is a true and correct screenshot of the stock image of the motion picture *Singularity* being downloaded by the Show Box App.



Figure 2

10.    Figure 3 below is a true and correct screenshot of the stock images of the motion pictures *London has Fallen* and *Mr. Church* being downloaded by the Show Box App.



Figure 3

11.    Figure 4 below is a true and correct screenshot of the stock images of the motion pictures *A Family Man* and *Singularity* after the download is complete by the Show Box App.



Figure 4

12.    Figure 5 below are true and correct screenshots of the motion picture *A Family Man* being played from a downloaded copy from the Show Box App





Figure 5

13.     Figure 6 below are true and correct screenshots of the motion picture

*Singularity* being played from a downloaded copy by the Show Box App.





Figure 6

14.    Figure 7 below are true and correct screenshots of the stock image and the motion picture *A Family Man* being streamed by the Show Box App.









Figure 7

15.     Figure 8 below are true and correct screenshots of the stock image and

the motion picture *American Heist* being streamed by the Show Box App.









Figure 8

16.     Figure 9 below are true and correct screenshots of the stock image and the motion picture *Automata* being streamed by the Show Box App.





Figure 9

17.    Figure 10 below are true and correct screenshots of the stock image and the motion picture Colossal being streamed by the Show Box App.







Figure 10

18.    Figure 11 below are true and correct screenshots of the stock image and the motion picture *Criminal* being streamed by the Show Box App.





Figure 11

19.     Figure 12 below are true and correct screenshots of the stock image and

the motion picture *Dallas Buyers Club* being streamed by the Show Box App.





Figure 12

20.    Figure 13 below are true and correct screenshots of the stock image and

the motion picture *Good Kill* being streamed by the Show Box App.







Figure 13

21.   Figure 14 below are true and correct screenshots of the stock image and

the motion picture *Hitman's Bodyguard* being streamed by the Show Box App.













Figure 14

22.   Figure 15 are true and correct screenshots of the stock image and the

motion picture *I.T.* being streamed by the Show Box App.







23.    Figure 15

24.    Figure 16 below are true and correct screenshots of the stock image and

the motion picture *London Has Fallen* being streamed by the Show Box App.









Figure 16

25.    Figure 17 shown below are true and correct screenshots of the stock image and the motion picture *Navy Seals vs Zombies* being streamed by the Show Box App.









Figure 17

26.     Figure 18 below are true and correct screenshots of the stock image and

the motion picture *Playing It Cool* being streamed by the Show Box App.









Figure 18

27.    Figure 19 shown below are true and correct screenshots of the stock image and the motion picture *Singularity* being streamed by the Show Box App.









Figure 19

28.　　Figure 20 shown below are true and correct screenshots of the stock image and the motion picture *The Cobbler* being streamed by the Show Box App.







Figure 20

29.    Figure 21 shown below are true and correct screenshots of the stock image and the motion picture *Vengeance A Love Story* being streamed by the Show Box App.









Figure 21

30.     Figure 22 shown below are true and correct screenshots of the stock image and the motion picture *Once Upon a Time in Venice* being streamed by the Show Box App.







Figure 22

//

//

//

//

//

//

//

//

//

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 22, 2018.

_____
Waymond Ngai