# **DECLARATION OF JAMES SOSA**

JAMES SOSA, hereby declares under penalty of law that the following is true and correct:

1. I am over 18 years old.

2. I am a Hawaii resident, residing in Honolulu, Hawaii.

3. On June 12, 2017, I visited the website http://showboxappdownload.com (hereafter: "website") and followed the instructions on the website to download the Show Box app to my Dell tablet.

4. The language on the website led me to believe that I could use the Show Box app to watch free movies legally.

5. Below is a true and correct copy of the website as of May 10, 2018 and, to the best of my recollection, is similar to how it appeared on June 12, 2017.

20-013



Show Box is a free movies and TV shows streaming app for the Android. It is regarded as one of the best free Android apps as it allows users to watch movies in HD for free. Show Box is not available in the Google Play

6. The language "Show Box is a free movies and TV shows streaming app for the Android. It is regarded as one of the best free Android apps as it allows users to watch movies in HD for free" led me to believe that I could use the Show Box app to watch free movies legally.

7. I used the Show Box app to download at least a part of the motion picture *Singularity* on November 19, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii May _12_, 2018.

*James Sosa*
_____
Mr. James Sosa

2