# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00192LEK-KSC |
| CASE NAME: | Venice PI, LLC, et al. Vs. Doe 1, doing business as showboxappdownload.com, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 05/25/2018 | TIME: | |

COURT ACTION: EO: COURT ORDER REGARDING PLAINTIFFS' APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

On May 23, 2018, Plaintiffs Venice PI, LLC; Headhunter, LLC; MON, LLC; LHF Productions, Inc.; Cook Productions, LLC; Colossal Movie Productions, LLC; Automata Productions, Inc.; Criminal Productions, Inc.; Clear Skies Nevada, LLC; Bodyguard Productions, Inc.; I.T. Productions, LLC; SVZ Productions, Inc.; Splintered, LLC; Cobbler Nevada, LLC; and Justice Everywhere Productions, Inc. (collectively "Plaintiffs") filed their Complaint and Application for Entry of Temporary Restraining Order and Preliminary Injunction ("TRO Motion"). [Dkt. nos. 1, 4.] This Court defers consideration of Plaintiffs' request for a preliminary injunction until after their request for a TRO is resolved.

The defendants in this case are Does 1 through 10. Thus, no service of the Complaint has been completed, and the defendants have not received notice of the TRO Motion. Fed. R. Civ. P. 65(b)(1) sets forth the requirements that must be met before a TRO is issued without notice to the adverse party. It appears Plaintiffs' TRO Motion does not sufficiently address Rule 65(b)(1)(B), which requires Plaintiffs' counsel to "certif[y] in writing any efforts made to give notice [to Does 1 through 10] and the reasons why it should not be required." Thus, it does not appear that a TRO can be issued in this case without notice to the defendants.

This Court DIRECTS Plaintiffs to supplement their TRO Motion with counsel's written certification addressing the requirements in Rule 65(b)(1)(B). Plaintiffs' supplement is due by **June 8, 2018**.

      If Plaintiffs fail to file a supplement by **June 8, 2018**, or if their supplement does not satisfy the requirements in Rule 65(b)(1)(B), the TRO Motion will be denied. The denial would be without prejudice to the filing of either a new motion that complies with Rule 65(b)(1) or a new motion filed after the identification of, and service upon, one or more of the Doe defendants.

      This Court expresses no opinion on the issue of whether Plaintiffs' TRO Motion satisfies the other Rule 65(b)(1) requirements and the general TRO standards. If Plaintiffs' supplement satisfies the Rule 65(b)(1)(B) requirements, this Court will analyze the remainder of the TRO Motion.

      IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager