# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00192LEK-KSC |
| CASE NAME: | Venice PI, LLC, et al. Vs. Doe 1 doing business as showboxappdownload.com, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/04/2018 | TIME: | |

COURT ACTION:  EO: Plaintiffs' Appeal [13] of Magistrate Judge's Order Denying Plaintiffs' Ex Parte Motion for Leave to Serve Third Party Subpoena Prior to Rule 26(F) Conference will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/18/2018.**
Reply Memorandum is due **7/2/2018**.

Plaintiffs' Appeal will be taken under submission thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager