CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 322-3389
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC et al., <br><br> Plaintiff, <br><br> vs. <br><br> Doe et. al. <br><br> Defendants. | **Case No.: 1:18-cv-192-LEK-KSC** <br> (Copyright) <br><br> **NOTICE OF PLAINTIFFS SVZ PRODUCTIONS INC., AUTOMATA PRODUCTIONS, INC., CRIMINAL PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC AND SPLINTERED, LLC DISMISSAL OF ALL DEFENDANTS WITHOUT PREJUDICE** |

NOTICE OF PLAINTIFFS SVZ PRODUCTIONS INC., AUTOMATA PRODUCTIONS, INC., CRIMINAL PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC AND SPLINTERED, LLC DISMISSAL OF ALL DEFENDANTS <u>WITHOUT PREJUDICE</u>

Plaintiffs SVZ PRODUCTIONS INC., AUTOMATA PRODUCTIONS, INC., CRIMINAL PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC AND SPLINTERED, LLC provides notice of their voluntary dismissal under Rule 41(a)

20-013A

of all Defendants **without prejudice**.

These dismissals are pursuant to Rule 41(a)(1)(A)(i).

DATED: Kailua-Kona, Hawaii, June 25, 2018.

                CULPEPPER IP, LLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Plaintiffs