CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 322-3389
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC, | ) |
| Headhunter LLC, | ) |
| MON LLC, | ) |
| LHF Productions, Inc., | ) |
| Cook Productions, LLC, | ) |
| Glacier Films 1, LLC, | ) |
| Colossal Movie Productions, LLC, | ) |
| Clear Skies Nevada, LLC | ) |
| Bodyguard Productions, Inc., | ) |
| I.T. Productions, LLC, | ) |
| Cobbler Nevada, LLC, and | ) |
| Justice Everywhere Productions, Inc. | ) |
| | ) |
|              Plaintiffs, | ) |
|    vs. | ) |
| | ) |
| DOE 1 d/b/a | ) |
| showboxappdownload.com, | ) |
| DOE 2 d/b/a | ) |
| showboxappdownload.co, | ) |
| DOE 3 a/k/a Andy Crow, | ) |
| DOE 4 a/k/a Mark Willow, | ) |
| DOE 5 d/b/a show- | ) |
| box.en.uptodown.com/android, DOE | ) |
| 6, DOE 7, DOE 8, DOE 9, DOE 10, | ) |
| and JAMES SOSA | ) |

**Case No.: 1:18-cv-192-LEK-KSC**

(Copyright)

**FIRST AMENDED COMPLAINT;
EXHIBITS 1-3; DECLARATION
OF WAYMOND NGAI;
DECLARATION OF JAMES
SOSA; DECLARATION OF
COUNSEL**

**(1) CONTRIBUTORY
    COPYRIGHT
    INFRINGEMENT**

20-013

```
                                    )
        Defendants.                 )
                                    )
                                    )
                                    )
                                    )
```

## COMPLAINT

Plaintiffs Venice PI, LLC, Headhunter LLC, MON LLC, LHF Productions, Inc., Cook Productions, LLC., Glacier Films 1, LLC, Colossal Movie Productions, LLC, Clear Skies Nevada, LLC, Bodyguard Productions, Inc., I.T. Productions, LLC, Cobbler Nevada, LLC, and Justice Everywhere Productions, Inc., (collectively "Plaintiffs") file this Complaint against Defendants DOE 1 d/b/a showboxappdownload.com, DOE 2 d/b/a showboxappdownload.co, DOE 3 a/k/a Andy Crow, DOE 4 a/k/a Mark Willow,
DOE 5 d/b/a show-box.en.uptodown.com/android, DOE 6, DOE 7, DOE 8, DOE 9, DOE 10 and JAMES SOSA (collectively "Defendants") and allege as follows:

## I.    NATURE OF THE ACTION

1.    Plaintiffs bring this action to stop the massive piracy of their motion pictures brought on by the software application Show Box app (hereafter: the "Show Box app").  The Defendants misleadingly promote the Show Box app as a legitimate means for viewing content to the public, who eagerly install the Show Box app to watch copyright protected content, thereby leading to profit for the Defendants.

2

20-013

These Defendants have placed hundreds of individuals in Hawaii if not thousands of individuals in the United States in legal peril for copyright infringement while they hide behind Columbian top level domains, anonymous registrants in Panama in one case, false identities and addresses, and enjoy the gains from their illicit enterprise.

2.     To halt Defendants' illegal activities, Plaintiffs bring this action under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, et seq. (the Copyright Act") and allege that Defendants are liable for contributory copyright infringement in violation of 17 U.S.C. §§ 106 and 501.

## II.     JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. §§ 101, et. seq., (the Copyright Act), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338 (patents, copyrights, trademarks, and unfair competition).

4.     Defendants solicit, transact, or are doing business within this jurisdiction, and have committed unlawful and tortious acts both within and outside this jurisdiction with the full knowledge that their acts would cause injury in this jurisdiction.

5.     Defendants cause harm to Plaintiffs' business within this District by diverting customers in this District to unauthorized Internet-based content distribution services through, at least, their websites and the Show Box app they distribute.

20-013

6. Venice is proper in this District pursuant to 28 U.S.C. § 1391(b) - (c) because: (a) all or a substantial part of the events or omissions giving rise to the claims occurred in this District; and (c)(3) any of the Defendants not a resident of the United States may be sued in this District.

### III.   PARTIES

### A.   The Plaintiffs

7. The Plaintiffs are owners of the copyrights for the motion pictures (hereafter: "Works"), respectively, as shown in Exhibit "1" and listed below.

| OWNER | MOTION PICTURE | Copyright Certificate Number |
|---|---|---|
| Venice PI, LLC | *Once Upon a Time in Venice* | PA2039391 |
| Headhunter LLC | *The Family Man* | PA2039392 |
| MON LLC | *Singularity* | PAu3848900 |
| LHF Productions, Inc. | *London Has Fallen* | PA1982831 |
| Cook Productions, LLC. | *Mr. Church* | PA2002851 |
| Glacier Films 1, LLC | *American Heist* | PA0001398023 |

4

| Colossal Movie Productions, LLC | *Colossal* | Pau003806054 |
|---|---|---|
| Clear Skies Nevada, LLC | *Good Kill* | Pau003762377 |
| Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu3844508 |
| I.T. Productions, LLC | *I.T.* | Pau00380112 |
| Cobbler Nevada, LLC | *The Cobbler* | Pau003744688 |
| Justice Everywhere Productions, Inc. | *Vengeance: a Love Story* | PAu003835145 |

## B.   The Defendants

8.     The Defendants distribute copies of the Show Box app and promote it for the infringing purpose of "watching free movies", including Plaintiffs' copyright protected Works.

9.     Defendant   DOE   1   operates   an   interactive   website http://showboxappdownload.com as of May 15, 2018.

5

20-013

10.    On the website, Defendant DOE 1 describes the Show Box app as "FREE MOVIES APP".

11.    Defendant DOE 1 states on the website (http://showboxappdownload.com/download-show-box-apk/), "Download or watch free movies with the Show Box app on your Android device.  The app allows users to stream HD quality movies and shows."

12.    Defendant DOE 1's website states "Download the latest version of Show Box .APK here: Show Box 5.04 APK".

13.    Clicking on Show Box 5.04 APK words directs a user to the website http://rawapk.com/showbox-apk-download/ where various versions of the Show Box app can be downloaded.

20-013





14.    The website http://showboxappdownload.com is registered by the under the registrant name "Registration Private", an organization Domains by Proxy, LLC, located in Scottsdale, Arizona 95260.  *See* Exhibit "2".

15.    The registrar for the website http://showboxappdownload.com is GoDaddy.com.  *Id.*

20-013

16.     Defendant DOE 2 holds itself out as a corporation Showbox Inc. with

its principal place of business at 3662 Wilson Street, Fullerton, California 93632.



17.     Upon information and belief, the address "3662 Wilson Street

Fullerton, California 93632" does not exist.

20-013

18.    Upon information and belief, "Showbox, Inc.", with regards to Defendant DOE 2, is not a corporation organized under any state or territory of the United States, and likely does not exist at least not in the manner held out by Defendant DOE 2.

19.    Defendant DOES 2, 3 and 4 (hereafter: "DOES 2-4") operate an interactive website http://showboxappdownload.co as of May 15, 2018.

20.    On the website, Defendant DOES 2-4 describe the Show Box app as "Unlike most other apps on the genre which get you movies and TV shows to watch in return on a subscription or payment, Show Box is absolutely FREE!"

21.    On the website, Defendant DOES 2-4 state, "The app is not available on Google's Play Store.  If you want to get the app, you'll have to Download latest ShowBox app APK."



20-013

22.    Clicking on "latest ShowBox app APK" words directs a user to the website http://showboxappdownload.co/showbox-apk/ where Defendant DOES 2-4 state, "We have tested [the Show Box app] and it is 100% working, legal download," and includes a link "DOWNLOAD Showbox.APK".



23.    Clicking on the link "DOWNLOAD Showbox.APK" leads to a website http://apkadvisor.com/showbox-apk/ where a version of the Show Box app can be downloaded.

24.    The website http://showboxappdownload.co uses the "co" top level domain which is assigned to the Republic of Columbia.  *See* Exhibit "3".

20-013

25.    The website http://showboxappdownload.co is registered by the registry domain whois.namecheap.com and the registrar NameCheap, Inc. *Id.*

26.    The registrant name is WhoisGuard Protected, an organization WhoisGuard, Inc., located at PO Box 0823-03411 in Panama *Id.*, despite DOES 2-4 website being written in English and DOES 2-4 holding themselves out as an American Company.

27.    Defendant DOES 2-4 use the email address movieappsfreaks@gmail.com to solicit and receive solicitations for partnership or advertising offers.



20-013

28.     Defendant DOE 3 identifies himself as Andy Crow and holds himself out at the Chief Executive Officer (CEO) and founder of the Showbox app on the website showboxappdownload.co.

29.     On the website http://showboxappdownload.co/future-showbox-ceos-desk/, Defendant DOE 3 states, "While in the past you were likely to be hit with a copyright infringement lawsuit for downloading movies for free, Showbox has changed all that.  With the app you can watch and download…movies for free."



30.     On the same website, Defendant DOE 3 also states that "he has made an app…"  Upon information and belief, the app referred to here is the Show Box app.

20-013



*CONCLUSION*

Andy Crow who is the CEO and Founder of the Showbox app has changed the way people get access to media content. Using technology he has made an app that is accessible and useful to both young and older audiences. Although it is unavailable in Google Play store which is where most people would look first, you can use a link found through the internet search to download it. While it is specifically designed to work in Android platforms, having an android emulator will help you download the app with easy.

Showbox is the future app for all who want free access to any media content. With the release of updates that cater to different platforms and unlimited streaming as well as downloads, it has been able to beat its competitors. It has easy access to movies, TV shows, and music, enabling it to rank amongst the top Android devices. Some apps require you to pay before using their content and even after paying for the service you get disappointed as your favorite movie will be unobtainable. Well, not this app. With excellent picture quality, user-friendly features and the ability to watch while downloading; Showbox is the go to app and the front runner for getting access to any media content.

31.    Defendant DOE 4 identifies himself as Mark Willow and holds himself out as the owner and the man behind showboxappdownload.co on the website showboxappdownload.co.



20-013

32.    Defendants DOES 2-4 include a blog at the website http://showboxappdownload.co/showbox-blocked-isp/.

33.    This blog includes an article dated February 5, 2018 and entitled, "What To Do When Showbox is Blocked By ISP?"  In this article, Defendants DOES 2-4 describe the Show Box app as "It usually offers movies, TV series which are usually copyrighted without license.  This exposes the subscribers to bans and being blocked by ISP from accessing certain sites because they have infringed on the rights of others."



34.    Defendant DOE 5 operates an interactive website https://show-box.en.uptodown.com/android as of May 15, 2018 for distributing copies of the Show Box app.

20-013

35.     On the website Defendant DOE 5 describes the Show Box app as "an app that lets you both download and stream loads of movies and TV shows.  And following one of its most recent updates, it also lets you play and download music."



36.     Clicking on the link "Latest version" on the website leads to a website https://show-box.en.uptodown.com/android/download.

37.     The website https://show-box.en.uptodown.com/android/download includes a green "Download" button, which begins download of an installation file for the Show Box app when clicked.

20-013



38.     Defendants DOE 1-5 have gone to great lengths to conceal themselves from the public, including by using multiple false identities and addresses associated with their operations and purposely-deceptive contact information for

20-013

their websites.

39.     Defendants DOES 6-10, separately, or together with the other Defendants, have placed a version of the Show Box app ShowBox 5.02 .APK available for download at the website: http://rawapk.com/showbox-apk-download/

40.     Defendants DOES 6-10, separately, or together with the other Defendants, have placed one or more of the following versions of the Show Box app ShowBox 5.02 .APK, ShowBox 5.01 .APK, ShowBox 5.0 .APK, ShowBox 4.96 .APK, ShowBox 4.95 .APK, ShowBox 4.94 .APK,  ShowBox 4.93 .APK, ShowBox 4.92 .APK,  ShowBox 4.91 .APK, ShowBox 4.69 .APK, on the website: http://rawapk.com/showbox-apk-download/ to be available for download by the general public.

41.     The Show Box app users in Hawaii are motivated to download and use the Show Box app for its infringing purpose because of the promotions of Defendants DOES 1-5 of the Show Box app as an application for infringing copyright protected Works, including Plaintiffs.

42.     Defendants benefit financially from the infringement of the Works by the Hawaii users of the Show Box app.

## IV.   JOINDER

43.     Pursuant to Fed. R. Civ. P. 20(a)(1), each of the Plaintiffs are properly joined because, as set forth in detail above and below, the Plaintiffs assert: (a) a right

to relief arising out of the same transaction, occurrence, or series or transactions, namely the distribution of and use of the Show Box app for streaming and distributing Plaintiffs' Works; and (b) that there are common questions of law and fact.

44.     Pursuant to Fed. R. Civ. P. 20(a)(2), each of the Defendants was properly joined because, as set forth in more detail below, the Plaintiffs assert: (a) a right to relief arising out of the same transaction, occurrence, or series or transactions, namely the distribution of the Show Box app for streaming and distributing Plaintiffs' Works; and (b) there are common questions of law and fact.

## V.     FACTUAL BACKGROUND

### A.  The Plaintiffs Own the Copyrights to the Works

45.     The Plaintiffs are the owners of the copyright in the Works, respectively.  The Works are the subjects of copyright registrations, and this action is brought pursuant to 17 U.S.C. § 411.  *See* Exhibit "1".

46.     Each of the Works are motion pictures currently offered for sale in commerce.

47.     Defendants had notice of Plaintiffs' rights through at least the credits indicated in the content of the motion pictures which bore proper copyright notices.

48.     Defendants also had notice of Plaintiffs' rights through general publication and advertising associated with the motion picture, and packaging and

20-013

copies, each of which bore a proper copyright notice.

**B. The Defendants intentionally induce users' Infringements of the Plaintiffs' Copyrights**

49.    The Show Box app allows users to stream and/or download a copy of each of Plaintiffs' Works.

50.    Neither Defendants nor their Show Box app have a license from Plaintiffs to stream and/or download copies of Plaintiffs' Works.

51.    Defendants DOE 1-5 advertise the Show Box app for being used for infringing Copyright protected Works, including Plaintiffs.

52.    Upon information and belief, the Show Box app is using one or more addons for streaming infringing content, including Plaintiffs' Works.  These addons are designed and maintained for the overarching purpose of scouring the Internet for illegal sources of copyrighted content and returning links to that content. When Show Box app users click the "WATCH NOW", the user receives unauthorized streams of popular motion pictures, including Plaintiffs'.

53.    Upon information and belief, the Show Box app is using the BitTorrent client application protocol to allow users to download copyright protected content, including Plaintiffs' Works from Torrent sites.

54.    Defendant DOE 1 gives instructions to users on how to install the Show Box App and mentions "to download torrents…".



If you are missing the option to stream videos and only able to download torrents, it is because Server A and B are geo-blocking users outside of the US. To resolve the issue:

55.    Torrent sites are websites that index torrent files that are currently being made available for copying and distribution by people using the BitTorrent protocol.  When Show Box app users click the "DOWNLOAD NOW" option, the user begins receiving different piece of the copyrighted Works.

56.    Once a Show Box app user has downloaded the full file, the BitTorrent Client reassembles the pieces and the Show Box app user is able to view the movie. Also, once a Show Box app user has downloaded the full file, the Show Box app user continues to distribute the torrent file, here the copyrighted Works.

57.    Defendants' users use the Show Box app for its intended and unquestionably infringing purposes, most notably to obtain immediate, unrestricted, and unauthorized access to unauthorized copies of Plaintiffs' Copyrighted Works.

58.    Defendants promote the use of the Show Box app user for overwhelmingly, if not exclusively, infringing purposes, and that is how the users use the Show Box app.

20

20-013

59.    Defendants urge the Show Box app users to stream or download infringing content.

60.    Defendants DOES 2-4 even encourage Show Box users to install a Virtual Private Network (VPN) on their devices "to ensure that a device is not detected by the ISP and the cyber trolls" on their Blog at http://showboxappdownload.co/showbox-blocked-isp/.



61.    Defendants DOES 2-4 use their website(s) to announce software updates to the Show Box app and advertise the availability of infringing content.

20-013



62.     Defendants        DOES        2-4        use        their        website

http://showboxappdownload.co/native-way-access-showbox-pc-now-available/   to

announce to users new approaches to installing the Show Box app on their devices.

20-013



63.     The commercial value of Defendants' Show Box app business depends on high-volume use of unauthorized content through the Show Box app. Defendants promise the Show Box users reliable and convenient access to all the content they can stream and download and users install the Show Box app on their devices based on Defendants' apparent success in delivering infringing content to their customers.

64.     The Show Box app includes numerous advertisements that, upon information and belief, provides financial compensation to Defendants.

65.     Defendant        DOE        2        uses        the        email        address

movieappsfreaks@gmail.com to solicit and receive solicitations for partnership or advertising offers.

**C. The Defendant DOE 1 contributed to Defendant James Sosa's Infringement of the Plaintiff MON LLC's Copyright in the Work.**

66.     Defendant JAMES SOSA, a Hawaii resident, learned about the Show Box app from the Defendant DOE 1's website http://showboxappdownload.com.

67.     The deceptive language at http://showboxappdownload.com convinced Defendant JAMES SOSA that the Show Box app allowed him to legally watch free movies.

68.     Defendant JAMES SOSA followed the instructions at http://showboxappdownload.com to download the Show Box app to his Dell tablet while in Hawaii.

69.     Defendant JAMES SOSA used the download function of the Show Box app to download at least a portion of the motion picture *Singularity* on November 19, 2017.

**D. The Defendants contributed to Clinton Bovee's Infringement of the Plaintiffs LHF Production, Inc.'s and Bodyguard Production, Inc.'s Copyrights in their Works.**

70.     Clinton Bovee, a Hawaii resident, learned about the Show Box app from the Defendants' websites.

20-013

71.    The deceptive language on Defendants' websites convinced Clinton Bovee that the Show Box app allowed him to legally watch free movies.

72.    Clinton Bovee followed the instructions on Defendants' websites to download the Show Box app to his device while in Hawaii.

73.    Clinton Bovee used the download function of the Show Box app to download at least a portion of the motion pictures *London Has Fallen* on or around February 6, 2017 and *The Hitman's Bodyguard* on or around September 4, 2017.

## VI. FIRST CLAIM FOR RELIEF
### (Contributory Copyright Infringement based upon Inducement of Streaming)

74.    Plaintiffs re-allege and incorporate by reference the allegations contained in each of the foregoing paragraphs.

75.    Plaintiffs are the copyright owners of the Works which each contains an original work of authorship.

76.    Defendants have actual knowledge of third parties' infringement of Plaintiffs' exclusive rights under the Copyright Act.

77.    Defendants intentionally induce the infringement of Plaintiffs' exclusive rights under the Copyright Act, including infringement of Plaintiffs' exclusive right to publicly perform their Copyrighted Works. As intended and encouraged by Defendants, the Show Box app connects customers to unauthorized online sources that stream Plaintiffs' Copyrighted Works.  The operators of these

20-013

source repositories directly infringe Plaintiffs' public performance rights by providing unauthorized streams of the works to the public, including to Show Box app users. These operators, or others operating in concert with them, control the facilities and equipment used to store and stream the content, and they actively and directly cause the content to be streamed when Show Box app users click on a link for the content.

78.    Defendants induce the aforementioned acts of infringement by supplying the Show Box app that facilitates, enables, and creates direct links between Show Box app users and the infringing operators of the streaming services, and by actively inducing, encouraging and promoting the use of their Show Box app for blatant copyright infringement.

79.    Defendants intentional inducement of the infringement of Plaintiffs' rights in each of their Copyrighted Works constitutes a separate and distinct act of infringement.

80.    Defendants inducement of the infringement of Plaintiffs' Copyrighted Works is willful, intentional, and purposeful, and in disregard of and with indifference to the rights of the Plaintiffs.

81.    Defendants' actions are a direct and proximate cause of the infringements of Plaintiffs' Works.

### VII. SECOND CLAIM FOR RELIEF
**(Contributory Copyright Infringement based upon Inducement of**

**Torrenting)**

82.     Plaintiffs re-allege and incorporate by reference the allegations contained in each of the foregoing paragraphs.

83.     Plaintiffs are the copyright owners of the Works which each contains an original work of authorship.

84.     Defendants have actual knowledge of third parties' infringement of Plaintiffs' exclusive rights under the Copyright Act.

85.     Defendants intentionally induce the infringement of Plaintiffs' exclusive rights under the Copyright Act, including infringement of Plaintiffs' exclusive right to distribute copies of Copyrighted Works. As intended and encouraged by Defendants, the Show Box app connects users to Torrent sources and/or sites that deliver copies of Plaintiffs' Copyrighted Works.  The operators of these Torrent sources directly infringe Plaintiffs' exclusive rights by providing unauthorized copies of the works to the public, including to Show Box app users.

86.     Once the Show Box app user has obtained a complete copy of the Plaintiffs' Copyrighted Works, that particular user also becomes another Torrent source that delivers copies of Plaintiffs' Copyrighted Works.

87.     These operators, or others operating in concert with them, control the facilities and equipment used to store and distribute the content, and they actively and directly cause the content to be distributed when Show Box app users click on a

27

link for the content.

88.     Defendants induce the aforementioned acts of infringement by supplying the Show Box app that facilitate, enable, and create direct links between their users and the infringing Torrent sources, and by actively inducing, encouraging and promoting the use of their Show Box app for blatant copyright infringement.

89.     Defendants intentional inducement of the infringement of Plaintiffs' rights in each of their Copyrighted Works constitutes a separate and distinct act of infringement.

90.     Defendants inducement of the infringement of Plaintiffs' Copyrighted Works is willful, intentional, and purposeful, and in disregard of and with indifference to the rights of the Plaintiffs.

91.     Defendants' actions are a direct and proximate cause of the infringements of Plaintiffs' Works.

## VIII. THIRD CLAIM FOR RELIEF
### (Contributory Copyright Infringement based upon Material Contribution)

92.     Plaintiffs re-allege and incorporate by reference the allegations contained in each of the foregoing paragraphs.

93.     Defendants have actual or constructive knowledge of infringement of Plaintiffs' exclusive rights under the Copyright Act.  Defendants knowingly and materially contribute to such infringing activity.

94.     Defendants knowingly and materially contribute to the infringement of

20-013

Plaintiffs' exclusive rights under the Copyright Act, including infringement of Plaintiffs' exclusive right to publicly perform and distribute their works. Defendants design and promote the use of the Show Box app to connect customers to unauthorized online sources that stream and download copies of Plaintiffs' Copyrighted Works.  The operators of these source repositories directly infringe Plaintiffs' public performance rights by providing unauthorized streams and/or copes of the works to the public, including to Show Box app users. The operators, or others operating in concert with them, control the facilities and equipment used to store and stream or deliver copies of the the content, and they actively and directly cause the content to be streamed and/or distributed when Show Box app users click on a link for the content.

95.     Defendants knowingly and materially contribute to the aforementioned acts of infringement by supplying the software application that facilitate, encourage, enable, and create direct links between Show Box app users and infringing operators of the streaming and Torrent services, and by actively encouraging, promoting, and contributing to the use of their Show Box app for blatant copyright infringement.

96.     Defendants knowing and material contribution to the infringement of Plaintiffs' rights in each of their Copyrighted Works constitutes a separate and distinct act of infringement.

97.     Defendants knowing and material contribution to the infringement of

20-013

Plaintiffs' Copyrighted Works is willful, intentional, and purposeful, and in disregard of and with indifference to the rights of Plaintiffs.

98.   As a direct and proximate result of the infringement to which Defendants knowingly and materially contribute, Plaintiffs are entitled to damages and Defendants profits in amounts to be proven at trial.

99.   Defendants obtained a direct financial interest, financial advantage, and/or economic consideration from the infringements in Hawaii as a result of their infringing actions in the United States.

100.   Defendants' actions are a direct and proximate cause of the infringements of Plaintiffs' Works.

WHEREFORE, the Plaintiffs respectfully requests that this Court:

(A) enter temporary, preliminary and permanent injunctions enjoining each Defendant from continuing to contribute to infringement of the Plaintiffs' copyrighted Works;

(B) Entry of an Order pursuant to 28 U.S.C §1651(a), The All Writs Act, that, the operators of the websites: (i) http://rawapk.com; (ii) http://apkadvisor.com; and (iii) uptodown.com immediately remove all versions of the software application Show Box, including but not limited to: ShowBox 5.02 .APK, ShowBox 5.01 .APK, ShowBox 5.0 .APK, ShowBox 4.96 .APK, ShowBox 4.95 .APK, ShowBox 4.94 .APK, ShowBox 4.93 .APK, ShowBox 4.92 .APK, ShowBox 4.91 .APK, ShowBox

20-013

4.69 .APK from their website;

(C) Entry of an Order pursuant to 28 U.S.C §1651(a), The All Writs Act, that, upon Plaintiffs' request, those in privity with Defendants and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars, and domain name registries and/or their administrators that are provided with notice of the injunction, cease facilitating access to any or all domain names and websites through which Defendants engage in the distribution and promotion of the Show Box app;

(D) award the Plaintiffs' actual damages and Defendants' profits in such amount as may be found; alternatively, at Plaintiffs' election, for maximum statutory damages per Work pursuant to 17 U.S.C.  § 504-(a) and (c);

(E) award the Plaintiffs their reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F) grant the Plaintiffs any and all other and further relief that this Court deems just and proper.

DATED: Kailua-Kona, Hawaii, August 13, 2018.


CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs

31

20-013

20-013