CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Venice PI, LLC et. al., | ) | **Case No.: 1:18-cv-00192-LEK-KSC** |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | PLAINTIFFS' SECOND MOTION |
| DOE 1 et al. | ) | FOR RECONSIDERATION [DOC. |
| | ) | #27] OF ORDER DENYING |
| Defendants. | ) | PLAINTIFFS' SECOND *EX PARTE* |
| | ) | MOTION FOR LEAVE TO SERVE |
| | ) | THIRD PARTY SUBPOENA PRIOR |
| | ) | TO A RULE 26(F) CONFERENCE |
| | ) | [DOC. #23] |
| | ) | |

NOTICE OF WITHDRAWAL OF PLAINTIFFS' SECOND MOTION FOR RECONSIDERATION [DOC. #27] OF ORDER DENYING PLAINTIFFS' SECOND *EX PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE [DOC. #23]

Plaintiffs Venice PI, LLC, Headhunter LLC, MON LLC, LHF Productions, Inc., Cook Productions, LLC., Glacier Films 1, LLC, Colossal Movie Productions, LLC, Clear Skies Nevada, LLC, Bodyguard Productions, Inc., I.T. Productions, LLC, Cobbler Nevada, LLC, Justice Everywhere Productions, Inc., (collectively

1

"Plaintiffs"), by and through their attorney, Kerry S. Culpepper, hereby withdraw their Second Motion for Reconsideration [Doc. #27].

The Plaintiffs had a Rule 26(f) conference with Defendant JAMES SOSA on 8/22/2018 [Doc. #31].

DATED: Kailua-Kona, Hawaii, August 22, 2018.

          CULPEPPER IP, LLLC

          /s/ Kerry S. Culpepper
          Kerry S. Culpepper

          Attorney for Plaintiffs