CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 322-3389
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Venice PI, LLC et al. | ) **Case No.: 1:18-cv-00192-LEK-KSC** |
| | ) (Copyright) |
| Plaintiffs, | ) |
| | ) **STIPULATED CONSENT** |
| vs. | ) **JUDGMENT BETWEEN** |
| | ) **PLAINTIFFS AND DEFENDANT** |
| DOE 1 et al., | ) **SOSA** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

As attested to by the signatures of the Defendant JAMES SOSA and counsel for the Plaintiffs below, this matter comes before the Court on the parties' joint stipulation.

Plaintiffs have filed a First Amended Complaint [Doc. #26] against Defendant JAMES SOSA among others.

17-320

Plaintiffs complain and allege than Defendant JAMES SOSA induced infringement of their motion pictures in violation of U.S. copyright law.

The parties, after conferral and investigation, now appear, Defendant JAMES SOSA *pro se* and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in the Complaint [Doc. #1-1].

3. As stated in Defendant JAMES SOSA's declaration [Doc. #1-5], Defendant JAMES SOSA concedes to using the Show Box app to download at least a part of the motion picture *Singularity* on November 19, 2017 thereby infringing the Copyright of MON, LLC due to the deceptive and misleading language on the website showboxappdownload.com which led Defendant JAMES SOSA to believe that Show Box was a legitimate platform.

4. Pursuant to the settlement agreement of the parties, the below Permanent Injunction is to be entered against Defendant.

2

## PERMANENT INJUNCTION

Defendant is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs;

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant JAMES SOSA.

APPROVED AND SO ORDERED, this day: October 29, 2018.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

So Stipulated and Respectfully Submitted:

On Behalf of Plaintiffs                          Defendant


__/s/ Kerry S. Culpper_____                  _/s/ James Sosa_____
Kerry S. Culpepper, Bar No. 9837              JAMES SOSA
Culpepper IP, LLLC                            Defendant
Email: kculpepper@culpepperip.com             Email: aljam138@yahoo.com
Culpepper IP, LLLC                            904 Gulick Avenue.
75-5737 Kuakini Hwy                           Apt. 5
Suite 102                                     Honolulu, HI 96819
Kailua Kona, HI 96740

4