CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Venice PI, LLC et al., | ) | **Case No.: 1:18-cv-192-LEK-KSC** |
| | ) | |
| Plaintiff, | ) | (Copyright) |
| vs. | ) | |
| | ) | PLAINTIFFS' NOTICE OF |
| | ) | DISMISSAL OF DEFENDANTS |
| DOE 1 et. al. | ) | DOES 1 AND 6-10 WITH |
| | ) | PREJUDICE |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

PLAINTIFFS' NOTICE OF DISMISSAL OF
DEFENDANTS DOES 1 AND 6-10 WITH PREJUDICE

Plaintiffs Venice PI, LLC, Headhunter LLC, MON LLC, LHF Productions,

Inc., Cook Productions, LLC., Glacier Films 1, LLC, Colossal Movie Productions,

LLC, Clear Skies Nevada, LLC, Bodyguard Productions, Inc., I.T. Productions, LLC,

Cobbler Nevada, LLC, and Justice Everywhere Productions, Inc., (collectively

"Plaintiffs"), by and through their counsel, provides notice of their voluntary dismissal under Rule 41(a) of Defendants DOE 1 d/b/a showboxappdownload.com and DOES 6-10 (http://rawapk.com/showbox-apk-download/) with prejudice.

These dismissals are pursuant to Rule 41(a)(1)(A)(i).

This notice *moots* Defendants DOES 6-10's motion to quash third party subpoena [Doc. #39].

DATED: Kailua-Kona, Hawaii, November 16, 2018.


CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs