CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Venice PI, LLC et al. | ) | **Case No.: 1:18-cv-00192-LEK-KSC** |
|---|---|---|
| | ) | **(Copyright)** |
| Plaintiffs, | ) | |
| vs. | ) | PLAINTIFFS' MOTION FOR |
| | ) | LEAVE TO FILE SECOND |
| DOE 1 d/b/a | ) | AMENDED COMPLAINT; |
| showboxappdownload.com et al., | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION; DECLARATION OF |
| Defendants. | ) | COUNSEL; EXHIBITS 1-2 |
| | ) | |

PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

Plaintiffs Venice PI, LLC, Headhunter LLC, MON LLC, LHF Productions, Inc., Cook Productions, LLC., Glacier Films 1, LLC, Colossal Movie Productions, LLC, Clear Skies Nevada, LLC, Bodyguard Productions, Inc., I.T. Productions, LLC, Cobbler Nevada, LLC, and Justice Everywhere Productions, Inc., (collectively "Plaintiffs"), by and through their counsel, move for leave to amend

18-192

the first amended complaint.  This motion is brought pursuant to pursuant to Rule 15(a)(2) of the *Federal Rules of Civil Procedure*.

DATED: Kailua-Kona, Hawaii, November 16, 2018.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs