# MINUTES

CASE NUMBER: CV 18-00192LEK-RT

CASE NAME: Venice PI, LLC, et al. vs. Galbatross Technologies, LLP, et al.

ATTYS FOR PLA: Kerry S. Culpepper (by phone)

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Rom Trader          REPORTER: FTR C7

DATE: 03/20/2019           TIME: 9:05 - 9:07

---

COURT ACTION: EP: Rule 16 Scheduling Conference -

Discussion held.

Mr. Culpepper requests a continuance of this hearing.

The Court continues this Rule 16 Scheduling Conference to 6/12/19 @ 9:00 a.m.

Mr. Culpepper to file an updated Rule 16 Scheduling Conference statement, and to include the status with regards to the service attempts, by 6/5/19.

Submitted by: Toni Fujinaga, Courtroom Manager.